*CONN/NHct*
*00-CR-263)*
*Hall*

1  UNITED STATES COURT OF APPEALS
2  FOR THE SECOND CIRCUIT
3

4  ORDER
5

6       At a stated term of the United States Court of Appeals for
7  the Second Circuit, held at the Thurgood Marshall United States
8  Courthouse, at Foley Square, in the City of New York, on the 18th
9  day of July, two thousand and five.

10
11  PRESENT:
12
13       Hon. John M. Walker, Jr.,
14                     Chief Judge,
15       Hon. Pierre N. Leval,
16       Hon. Robert A. Katzmann,
17                     Circuit Judges.
18
19  --------------------------------------------------------X
20
21  UNITED STATES OF AMERICA,
22                                    Appellee,
23
24       v.
25                              No. 02-1148(L), 03-1014(CON),
26                              03-1408(CON)
27
28  KELVIN BURDEN, also known as Waffle, also known as Uncle, also
29  known as Unc, DAVID 4 BURDEN, also known as DMX, also known as X,
30  ANTHONY BURDEN, also known as Mackey, also known as Tony, WILLIE
31  PREZZIE, also known as Prez, also known as Dog, ANTHONY BUCHANAN,
32  also known as Jungle, TERRENCE THOMPSON, also known as Creed,
33  MICHAEL SAWYER, also known as Michael Moss, TERRA NIVENS, also
34  known as Stink, also known as Stinkfinger, FRANK KNIGHT, also
35  known as Ace, also known as Groovy, DWIGHT MASCHECK, also known
36  as Shorty, JERMAINE MARTIN, also known as Psycho, ANDRE
37  MCCLENDON, also known as Popsicle, MICHAEL GLENN, also known as
38  Rockafella, DAVID 17 BURDEN, also known as Quinten, also known as
39  Sid, JOSEPH DANIELS, also known as Digital, LAVON GODFREY, ALVIN
40  WHITE, also known as Uncle Lee, ANDRE DAWSON, also known as Yup
41  Yup, JAHOD NASH, also known as Hottie Jig, JEFFREY FREDERICKS,
42  also known as JL, also known as Dahmer, MARK CALDWELL, also known
43  as Sparks, KEVIN HAMLETTE, also known as Fresh, ERNEST EUGENE
44  WELDON, also known as Gene, also known as Mean Gene, also known
45  as Mean One, THOMAS HOLMAN, also known as Uno, ADAM SANDERS, also
46  known as AD, KENDAL MULLINS, also known as K-Nice, THOMAS FAGAN,
47  JOSEPH DARDEN, JEFFREY LOCKHART, LAMONT BROWN, also known as L,

*Certified 7-19-05*

St. CLAIR BURDEN, also known as Gowser, also known as Boo Boo,
also known as GP, CEDRIC BURDEN, also known as Sid, ANTONIO
WILLIAMS, also known as LO LO, KEITH LYONS, also known as Papa
Large, also known as Pops, BARNEY BURDEN, also known as Buddy,
also known as Buddy Rock, also known as Rock, DEMETRIUS STORY,
LESLIE WAYNE CARLOS, also known as Cheetah, and TODD SUMMERVILLE,

Defendants,

TERRENCE BOYD, JERMAINE BUCHANAN, also known as Ski, ANGEL
CABRERA, also known as Cheeks, ROBERT JONES, also known as
Swinger, and PATRICE ST. SURIN, also known as Patrick, also known
as Watty Wat,

Defendants-Appellants.

---------------------------------------------------------X

    In response to this court's Special Order of Inquiry entered
February 7, 2005, attorney Alvy informed the court that Appellant
Robert Jones seeks a remand for consideration of whether he
should be resentenced in light of United States v. Booker, 125 S.
Ct. 738 (2005), and this court's decision in United States v.
Crosby, 397 F.3d 103 (2d Cir. 2005).

    Upon due consideration, it is hereby ORDERED that the
request for a remand is DENIED because the appellant knowingly
and voluntarily waived his right to appeal.  See U.S. v. Haynes,
No. 04-6684, __ F.3d __, 2005 WL 1384333, 2005 U.S. App. LEXIS
11058 (2d Cir. June 13, 2005) (per curiam) (enforcing waiver of
appeal in face of preserved Booker challenge); United States v.
Morgan, 406 F.3d 135 (2005) (enforcing waiver of appeal in face
of unpreserved Booker challenge).

    The disposition in the orders previously issued in
connection with this appeal is hereby made part of this order and
is fully effective.  The mandate shall issue forthwith.

                        FOR THE COURT:
                        Roseann B. MacKechnie, Clerk

                        By: _Lucille Carr_____
                        Lucille Carr, Deputy Clerk