90-40199

**COMPLAINT & INCIDENT**

# NORWALK POLICE DEPARTMENT

HDQ CASE # 90-
140199

| TYPE OF INCIDENT | | DATE REPORTED | TIME REPORTED |
|---|---|---|---|
| 1. Robbery ~~Burglary~~ Cmp. | | 2. 10-24-90 | 3. 2051 Hrs: |

| DATE & TIME OCCURRED | | | DAY | St. # | STREET NAME |
|---|---|---|---|---|---|
| 4. same 5. | To 6. | 7. | 8. 4 | 9. | 10. Haviland St. Lot |

**NAME**

| A★J | STATUS | LAST NAME | FIRST NAME | MID. INT. | SEX | RACE | D.O.B. | VEHICLE REGISTRATION |
|---|---|---|---|---|---|---|---|---|
| 1.A | 2. CMP | 3. | 4. | 5. | 6. M | 7. W | 8. | 9. |

| TEL. # (HOME) | TEL. # (WORK) | ADDRESS (HOME-WORK) | STATUS: CMP, ARR, WIT, VIC, OWN, MGR, INT, BUS, OTH RACE: W, B, I, O, H, U, X |
|---|---|---|---|
| 10. | 11. | 12. | |

| CHARGE #1 | CHARGE #2 | CHARGE #3 |
|---|---|---|

**NAME**

| A★J | STATUS | LAST NAME | FIRST NAME | MID. INT. | SEX | RACE | D.O.B. | VEHICLE REGISTRATION |
|---|---|---|---|---|---|---|---|---|
| 1.A | 2. OTH | 3. | 4. | 5. | 6. F | 7. W | 8. | 9. |

| TEL. # (HOME) | TEL. # (WORK) | ADDRESS (HOME-WORK) | STATUS: CMP, ARR, WIT, VIC, OWN, MGR, INT, BUS, OTH RACE: W, B, I, O, H, U, X |
|---|---|---|---|
| 10. | 11. | 12. | |

| CHARGE #1 | CHARGE #2 | CHARGE #3 |
|---|---|---|

**PROPERTY**

| CODE | ITEM | QTY. | YEAR | PROPERTY CATEGORY | BRAND | COLOR 1 |
|---|---|---|---|---|---|---|
| 1. | 2. | 3. | 4. | 5. | 6. | 7. |

| COLOR 2 | SERIAL # | ADDITIONAL INFORMATION (DESCRIPTION) | |
|---|---|---|---|
| 8. | 9. | 10. | |

| VAL. STL. | VAL. RECV | RECOVERED DATE | PROP. LOC | TAG # | DISPOSITION | (1) CODE S, L, R, F, E, O (16) DISPO: RET, DEST AUCT, PROP |
|---|---|---|---|---|---|---|
| 11. | 12. | 13. | 14. | 15. | 16. | |

**VEHICLE**

| VEH. STA | VEH. REGIS | STATE | EXP YR | VEH YR | MAKE | MODEL | STYLE | COLOR 1 | COLOR 2 | (1) STA: S, R, E, T, I, A |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 2. | 3. | 4. | 5. | 6. | 7. | 8. | 9. | 10. | |

| VIN | ADDITIONAL DESCRIPTION | S VAL. STL. | DATE RECOV | RECOV STA | VEH TOWED TO |
|---|---|---|---|---|---|
| 11. | 12. | 13. | 14. | 15. | 16. |

**M.O.**

| TYPE OF PREMISE | VICTIM WAS | P.T. ENTRY | F.S.R | METHOD OF BREAKING | INSTRUMENT USED | CIRCUMSTANCE | TARGET | PT EXIT | F.S.R. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 2. | 3. | 4. | 5. | 6. | 7. | 8. | 9. | 10. |

| SUSP. ACTIONS | SUSP. OFFERED/SOL. | FORCED VIC TO | VIC. ACTIONS IMM. PRIOR TO CRIME | TYPE WEAPON USED/THREAT. | WEAPON DESCRIPTION | WEAPON COLOR | HAND USED (R/L) |
|---|---|---|---|---|---|---|---|
| 11. | 12. | 13. | 14. | 15. | 16. | 17. | 18. |

**SUSPECT**

| A★J | LAST NAME | FIRST NAME | MID. I | ADDRESS | BEAT | GRID |
|---|---|---|---|---|---|---|
| 1. | 2. | 3. | 4. | 5. | 6. | 7. |

| ALIAS | CRIME TYPE | RACE | SEX | AGE | HGT | WGT | COMP. | HAIR COLOR | HAIR TYPE | HAIR STYLE | FACIAL HAIR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8. | 9. | 10. | 11. | 12. | 13. | 14. | 15. | 16. | 17. | 18. | 19. |

| DEMEAN | VOICE | SPEECH | SUSPECT WORE | GEN. APPEAR | SCARS | EYES | GLASSES | TEETH | TATOOS | BUILD | WARRANT DATE | DATE SERVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20. | 21. | 22. | 23. | 24. | 25. | 26. | 27. | 28. | 29. | 30. | 31. | 32. |

| ADDITIONAL DESCRIPTION |
|---|
| 33. |

**DETAILS**

On the above date and time, while on Washington Street, this officer was approached by a Mr. and Mrs. ███. Both Mr. and Mrs. ███ stated, "that 3 or 4 black males just pointed a gun at us, and robbed $1000.00 dollars from us, while we were in the Haviland Street lot". At this time, this Officer notified Sgt. Mattera and headquarter's, on the ~~Robbery~~/complaint. This Officer placed Mr. and Mrs.

| OFFICER'S SIGNATURE | James V. Yturbe | Y001 | OFF I.D. # | PROPERTY REPORT ATTACHED (Y) N | SUP. Y or N |
|---|---|---|---|---|---|
| REVIEWED BY: | | | FORWARDED BY SUPERVISOR TO: | | PAGE 1 OF 3 |

NPD 84-1

USE BALL POINT PEN OR TYPE          RECORDS

# SUPPLEMENTAL REPORT
## POLICE DEPARTMENT – NORWALK, CONNECTICUT

HDQ CASE # 90-40|99

D.B CASE #

| DATE & TIME REPORT SUBMITTED | TYPE OF Incident | DATE INCIDENT REPORTED |
|---|---|---|
| ]0/24/90   205] | ~Burglary/CMP | ]0/24/90 |

LOCATION OF INCIDENT — ST NO: Haviland Street Lot — STREET NAME — INVESTIGATING OFFICER: Yturbe

| | STATUS | LAST NAME | FIRST NAME | MID INT | SEX | RACE | DOB | VEHICLE REGISTRATION |
|---|---|---|---|---|---|---|---|---|
| A/J Arr | | Boyd | Terrance | | M | B | 4/8/7] | |
| TEL #(HOME) 852-]663 | TEL #(WORK) | ADDRESS(HOME-WORK) ] Rowan St. | | | | STATUS CMP ARR WIT. VIC. OWN. MGR. INT. BUS. OTH RACE W.B.I.O.H.U.X | | |
| CHARGE #1 Burglary ]st:53a-]34 | CHARGE #2 Criminal Use/Firearm:53a-2]6 | CHARGE #3 Conspiracy:53a-48 | | | | | | |

| | STATUS | LAST NAME | FIRST NAME | MID INT | SEX | RACE | DOB | VEHICLE REGISTRATION |
|---|---|---|---|---|---|---|---|---|
| A/J Arr | | Boyd | Mario | | M | B | 4/03/74 | |
| TEL #(HOME) 852-4556 | TEL #(WORK) | ADDRESS(HOME-WORK) 8 Cannon Ct. | | | | STATUS CMP ARR WIT. VIC. OWN. MGR. INT. BUS. OTH RACE W.B.I.O.H.U.X | | |
| CHARGE #1 Burglary ]st:53a-]34 | CHARGE #2 Criminal Use/Firearm: 53a-2]6 | CHARGE #3 Conspiracy:53a-48 | | | | | | |

████ into his patrol vehicle, and a search of the area was conducted. Mr. and Mrs. ████

gave the following description, while riding in the patrol vehicle: (]) one black male, wearing

a blue jacket and a baseball cap, (2) one black male wearing a green jacket and a baseball cap,

(3) one black male wearing a blue,white, and green jacket. All 3 black males described above

were last seen running South on South Main Street, with the black male carrying a revolver type

weapon(gun). All the information given by the ████ 's was relayed to headquarters, and too the

South Norwalk Patrol Units. This Officer proceeded to check the area, with the ████ 's. At thi

time Officer's Bolwin and Vinnett spotted 2 black male's, one wearing a blue jacket and a base-

ball cap, anthe other black male wearing a blue,white,and green jacket, on Water Street, near

Rex's Marine. Both Officer's Bowlin and Vinnett stopped the 2 black male's, while Sgt. Mattera

responded to the scene. Sgt. Mattera advised this Officer to bring the ████ 's to their locati

for a positive I.D., on the 2 black males, who were stopped by Officer's Bowlin and Vinnett. Th

Officer proceeded to Rex's Marine, and parked his vehicle, while the ████ 's waited in the bac

seat of the patrol vehicle. Both black male's were brought up to this Officer's vehicle, starti

with the black male, wearing the baseball cap and blue jacket. Mr. and Mrs. ████ advised this

Officer, that the first black male in the blue jacket was at Haviland Street, when they got rob

ed at gun point. This black male was placed into custody by Officer's Bowlin and Vinnett, and

handcuffed. The second black male,wearing the blue,white, and green jacket was brought up to

| OFFICER'S SIGNATURE: James V. Yturbe | OFF I.D. # Y00]/]04 | PROPERTY REPORT ATTACHED  Y   (N) | PAGE 2 |
|---|---|---|---|
| REVIEWED BY: | FORWARDED BY SUPERVISOR TO | | OF 3 |

RECORDS

| D.B. CASE # | | SUPPLEMENTAL REPORT | HDQ. CASE # 90- |
|---|---|---|---|
| | | POLICE DEPARTMENT – NORWALK, CONNECTICUT | 40199 |

| DATE & TIME REPORT SUBMITTED | TYPE OF INCIDENT | DATE INCIDENT REPORTED |
|---|---|---|
| 10-24-90      2051 Hrs: | Burglary CMP. | 10/24/90 |

| LOCATION OF INCIDENT | ST. NO. | STREET NAME | INVESTIGATING OFFICER |
|---|---|---|---|
| | Haviland Street | | Yturbe |

this Officer's patrol vehicle, by the Officer's at the scene. Both Mr. and Mrs. ███ advised

this Officer, that the black male, wearing the blue,white,and green jacket was at Haviland Str

with the gun, pointing the weapon at us, when we were getting robbed. At this time, the black

wearing the blue,white, and green jacket was placed into custody, and handcuffed. This Officer

proceed into headquarters with the ███'s, for statements. Officer's Bowlin and Vinnett, alo

with Officer's Palmer and Chalarri transported the black male's to headquarter's for processin

The 1000.00 dollars, which was stolen from the ███'s, were all in 100.00 dollar bills. No

further incident to report at the scene, or headquarter's. See Officer's Bowlin and Vinnett

supplemental reports, for further information. Also see Mr. and Mrs. ███'s statements for

further information. Headquarter's was advised of all information. The black male in the blue

jacket, is Terrance Boyd. The black male in the blue,white, and green jacket, is Mario Boyd.

| OFFICER'S SIGNATURE | James V. Yturbe | OFF I.D. # | PROPERTY REPORT | | PAGE 3 |
|---|---|---|---|---|---|
| | | Y001/104 | ATTACHED   Y      N | | |
| REVIEWED BY: | | FORWARDED BY SUPERVISOR TO. | | | OF 3 |

RECORDS

# SUPPLEMENTAL REPORT
## POLICE DEPARTMENT – NORWALK, CONNECTICUT

| D.B. CASE # | | HDQ CASE # |
|---|---|---|
| | | 90-40199 |

| DATE & TIME REPORT SUBMITTED | TYPE OF INCIDENT | DATE INCIDENT REPORTED |
|---|---|---|
| 10/24/90 | Robbery Armed | 10/24/90 |

| LOCATION OF INCIDENT | ST NO | STREET NAME | INVESTIGATING OFFICER |
|---|---|---|---|
| | | Haviland ST | Bowlin |

| | A # J | STATUS | LAST NAME | FIRST NAME | MID INT | SEX | RACE | DOB | VEHICLE REGISTRATION |
|---|---|---|---|---|---|---|---|---|---|
| NAME 1 | A | Arr | Boyd | Terrance | | M | B | 4/8/71 | |

| TEL # (HOME) | TEL # (WORK) | ADDRESS (HOME-WORK) | STATUS CMP, ARR, WIT, VIC, OWN, MGR, INT, BUS, OTH RACE W, B, I, O, H, U, X |
|---|---|---|---|
| | | 1 Rowan St apt #5 | |

| CHARGE #1 | CHARGE #2 | CHARGE #3 |
|---|---|---|
| Robbery 1st | Criminal use of firearm | conspiracy |

| | A # J | STATUS | LAST NAME | FIRST NAME | MID INT | SEX | RACE | DOB | VEHICLE REGISTRATION |
|---|---|---|---|---|---|---|---|---|---|
| NAME 2 | A | ARR | Boyd | Mario | | M | B | 4/3/74 | |

| TEL # (HOME) | TEL # (WORK) | ADDRESS (HOME-WORK) | STATUS CMP, ARR, WIT, VIC, OWN, MGR, INT, BUS, OTH RACE W, B, I, O, H, U, X |
|---|---|---|---|
| | | 8 Cannon CT | |

| CHARGE #1 | CHARGE #2 | CHARGE #3 |
|---|---|---|
| Robbery 1st | Criminal use of a firearm | Conspiracy |

While on patrol in the area of south Main st with officer Vinnett there was a report of an armed robbery that had just occured on Haviland st. The discription of the suspects were three Blk males dark Jackets possibly blue or green and wearing blk baseball type hats. All suspects were in there early twentys and they fled the scene after a handgun was displayed.

I spotted two Blk males fitting the discription given in the area of 140 water ST a short time afterwards. Bothe males were heading south. We stoped the suspects later identified as Terrance, and Mario Boyd. The Victims made a positive identification of them stateing that they were responsible for the robbery.

After Mr Terrance boyd was serched a 100.00 Bill was recoverd from his right rear pants pocket. It was taken as evidence Tag# 62412.

Mr Terrance Boyd signed a rights wavier form and stated that a Mr Clifford Hennigan who he identified Nwlk P.D picture 140210 was also involved in the robbery but fled the scene prior to our arrival. He also stated that Mario or Clifford were tha persons who displayed the Handgun. There was a forth person involved first name Brian Black Male unknown adress.

Both Mr T Boyd and Mr M. Boyd Had the clothed taken as evidence. See attached sheet.

| OFFICER'S SIGNATURE | | OFF I.D. # B019 | PROPERTY REPORT ATTACHED XXX  N | PAGE 1 |
|---|---|---|---|---|
| REVIEWED BY: | | FORWARDED BY SUPERVISOR TO | | OF 1 |

# NORWALK POLICE DEPARTMENT

**PROPERTY & SUSPECT REPORT**

| | | |
|---|---|---|
| D.B. CASE # | HDQ. CASE # | 90-40100 |

**TYPE OF INCIDENT:** Robbery Armed

**DATE REPORTED:** 10/24/90

## NAME

| A*J | STATUS | LAST NAME | FIRST NAME | MID. INT | SEX | RACE | D.O.B. | VEHICLE REGISTRATION |
|---|---|---|---|---|---|---|---|---|
| A | ARR | Boyd | Terrance | | M | B | 4/9/71 | |

ADDRESS (HOME-WORK): 1 Rowan St Apt 5

- CHARGE #1: Robbery 1st
- CHARGE #2: Criminal use of firearm
- CHARGE #3: Conspiracy

| A*J | STATUS | LAST NAME | FIRST NAME | MID. INT | SEX | RACE | D.O.B. | VEHICLE REGISTRATION |
|---|---|---|---|---|---|---|---|---|
| A | ARR | Boyd | Mario | | M | B | 4/3/74 | |

ADDRESS (HOME-WORK): 8 Cannon Ct

- CHARGE #1: Robbery 1st
- CHARGE #2: Criminal use of firearm
- CHARGE #3: Conspiracy

## PROPERTY

| CODE | ITEM | QTY | YEAR | PROPERTY CATEGORY | BRAND | COLOR 1 |
|---|---|---|---|---|---|---|
| E | 100.00 | | | Money | US | |

ADDITIONAL INFORMATION (DESCRIPTION): 100.00 Bill Serial B06069140A
RECOVERED DATE: 10/24/90  PROP. LOC: + PM  TAG #: 62412

| CODE | ITEM | QTY | YEAR | PROPERTY CATEGORY | BRAND | COLOR 1 |
|---|---|---|---|---|---|---|
| E | Jacket | | | Clothes | | Blue |

ADDITIONAL INFORMATION: Worn By T Boyd

| CODE | ITEM | QTY | YEAR | PROPERTY CATEGORY | BRAND | COLOR 1 |
|---|---|---|---|---|---|---|
| E | Hat | | | Clothes | GIANTS | |

ADDITIONAL INFORMATION: Baseball type worn by T. Boyd

| CODE | ITEM | QTY | YEAR | PROPERTY CATEGORY | BRAND | COLOR 1 |
|---|---|---|---|---|---|---|
| E | Jacket | | | Clothes | White Stag | |

COLOR 2: Blue white Teal  Mens Large
Taken from M Boyd on Person

**OFFICERS SIGNATURE:** (signature)
**OFFICER I.D. #:** R019
**FORWARDED BY SUPERVISOR TO:**

NPD R4-2

| D.B. CASE # | | HDQ CASE # |
|---|---|---|
| | **SUPPLEMENTAL REPORT** | 90 -40199 |
| | POLICE DEPARTMENT – NORWALK, CONNECTICUT | |

| DATE & TIME REPORT SUBMITTED | TYPE OF INCIDENT | | DATE INCIDENT REPORTED |
|---|---|---|---|
| | Robbery | | 10-24-90 |

| LOCATION OF INCIDENT | ST NO | STREET NAME | INVESTIGATING OFFICER |
|---|---|---|---|
| | | Haviland St. | X Yturbe : |

| | | A # J | STATUS | LAST NAME | FIRST NAME | MID INT | SEX | RACE | D.O.B | VEHICLE REGISTRATION |
|---|---|---|---|---|---|---|---|---|---|---|
| ARRESTED PERSON OR NEW NAME | NAME 1 | 1 A | 2 Arr | Boyd | Terrence | 6 | L | 8 4-2-71 | 9 | |
| | | TEL # (HOME) 10 | | TEL # (WORK) 11 | ADDRESS (HOME-WORK) 12 1 Rowan St. Apt 5 | | | | STATUS CMP, ARR, WIT, VIC, OWN, MGR, INT, BUS, OTH RACE W, B, I, O, H, U, X | |
| | | CHARGE #1 See original report | | CHARGE #2 | | CHARGE #3 | | | | |
| | NAME 2 | 1 J | 2 Arr | Boyd | Mario | 5 | X M | 7 B | 8 4/3/75 | 9 |
| | | TEL # (HOME) 10 846-4556 | | TEL # (WORK) 11 | ADDRESS (HOME-WORK) 12 8 Cannon St Norwalk | | | | STATUS CMP, ARR, WIT, VIC, OWN, MGR, INT, BUS, OTH RACE W, B, I, O, H, U, X | |
| | | CHARGE #1 | | CHARGE #2 | | CHARGE #3 | | | | |

On this date at 2051 hrs. Officer Yturbe radioed headquarters of an armed robbery that occurred on Haviland St. Off. Yturbe had the victims with him and radioed a description of the suspects as one wearing a blue jacket, baseball cap and jeans. The other two had baseball caps and "colorful" jackets. Sgt. Materra had seen the suspects run down 8 South Main St. before the radio broadcast but after the robbery and was able to confirm the descriptions. Officer Bowlin and myself were checking the area South of Haviland St. and saw two black males walking on Water St. away from Haviland St. two and one half blocks south of the robbery scene. We pulled ahead of the two males and waited for them to get closer to the car. We also radioed our location and the fact that we had two possible suspects. One was wearing a blue jacket, jeans and baseball cap. Second was wearing baseball cap, and a white, teal and blue bright colored jacket. This The second later identified as Mario Boyd was walking with a hand in the right jacket pocket. As the two walked in front of the car but on the opposite side of the road we exited the police car. They started to cross the street towards us and I aimed my service handgun at them. They were told

| OFFICER'S SIGNATURE | OFF I.D. # 1005 | PROPERTY REPORT ATTACHED Y (N) | PAGE 1 |
|---|---|---|---|
| REVIEWED BY: P005 | FORWARDED BY SUPERVISOR TO | | OF 2 |

D.B. CASE #

# SUPPLEMENTAL REPORT
POLICE DEPARTMENT – NORWALK, CONNECTICUT

HDQ. CASE #
90-40199

| DATE & TIME REPORT SUBMITTED | TYPE OF INCIDENT Robbery | DATE INCIDENT REPORTED 10-24-90 |
| --- | --- | --- |
| LOCATION OF INCIDENT | ST. NO. Haviland st. STREET NAME | INVESTIGATING OFFICER |

to stop and put there hands in the air. which they did. The first
known to me as Terrence Boyd began yelling "They just ran through the
Village with a gun Paul!". I told them to stay where they were while
Officer Bowlin advised Mario Boyd to slowly approach the police car
and lean on the hood. M. Boyd was patted down for a weapon and then
T. Boyd was advised to do the same slow approach and was also patted
down. No weapon was recovered. Officer Yturbe brought the victims to
Water St. and we were advised that the suspects were identified as the
robbers. Officer Bowlin then searched T. Boyd and found a one hundred
dollar bill in his pocket. See reports by Yturbe and Bowlin for further inf

| OFFICER'S SIGNATURE | OFF I.D. # U005 | PROPERTY REPORT ATTACHED Y | PAGE 2 |
| --- | --- | --- | --- |
| REVIEWED BY: | FORWARDED BY SUPERVISOR TO. | | OF 2 |

RECORDS

DATE _10/24/00_    TIME _____    PLACE _Norwalk_

I, _Terrance Boyd_ T,B _____ AM _19_ YEARS OF AG

AND MY ADDRESS IS _1 Rowan St #5_

I HAVE BEEN DULY ADVISED BY ___Officer Bowlin_____

WHO HAS IDENTIFIED HIMSELF AS _Police Officer_
THAT I DO NOT HAVE TO MAKE ANY STATEMENT AT ALL, THAT I AM ENTITLED TO BE REPRESENTATED BY A LAWYER AT ALL TIMES, AND THAT ANY STATEMENT I MAKE MAY BE USED IN EVIDENCE AGAINST ME AT THE TIME OF THE TRIAL FOR THE OFFENSE CONCERNING WHICH THIS STATEMENT IS HEREIN MADE, WITHOUT PROMISE OF HOPE OR REWARD, WITHOUT FEAR OR THREAT OF PHYSICAL HARM, FREELY VOLUNTEER THE FOLLOWING STATEMENT TO THE AFORESAID PERSON:

I FULLY UNDERSTAND THAT IF I MAKE A STATEMENT THAT IS UNTRUE AND WHICH IS INTENDED TO MISLEAD A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS OFFICIAL FUNCTION, I WILL BE IN VIOLATION OF SECTION 53a-157, CONNECTICUT STATE STATUTES. A FALSE STATEMENT IS A CLASS A MISDEMEANOR.

 IMy name is Terrance Boyd, I am a resident of the city of Norwalk and have lived here all of my life. I graduated Brian McMahon High school and presently live at 1 Rowan st apt #5. I am giving officer Bowlin this statement of my own free will and under no duress.
 Myself Brian Elmoore, Mario Boyd and Clifford Hennigan were at the train station in south Norwalk. Clifford Hennigan then took out a small revolver type handgun which was a BB gun and gave it to Mario Boyd. They than said that they were going to go to the Shennanigans parking lot and rob somebody. We all went to the parking lot behind Shennanigans and then I saw Brian point the gun at a white man who was with a white lady in the parking lot, and than Clifford took the wallet from the mans pants pocket and than started pulling a pocket book forMthe lady. Clifford took the pocketbook from the lady and thanH Him Brian and mario ran fvom the area. Mario and me went down Elizibeth st towards water St, and Brian and Clifford went gowards South Main St I did not go near the people who were getting robbed. X T,B

11:30pm
10/24/(2

SWORN TO AND SUBSCRIBED BEFORE ME THIS _24th_ DAY OF _October_ 19 _90_

X _Terrence Boyd_
SIGNATURE

_Sgt Chs Minis_
NOTARY PUBLIC

WITNESS _____

WITNESS _____

**STATEMENT**

POLICE DEPARTMENT  NORWALK, CONNECTICUT

POLICE CASE NO. 90-40199

DATE 10/24/90      TIME 2340      PLACE Norwalk P.D

I, _Mario Boyd_                                          AM 16 YEARS OF AGE

AND MY ADDRESS IS _8 Cannon Ct_

I HAVE BEEN DULY ADVISED BY _Officer Bowlin_

WHO HAS IDENTIFIED HIMSELF AS _Police Officer_

THAT I DO NOT HAVE TO MAKE ANY STATEMENT AT ALL. THAT I AM ENTITLED TO BE REPRESENTED BY A LAWYER AT ALL TIMES, AND THAT ANY STATEMENT I MAKE MAY BE USED IN EVIDENCE AGAINST ME AT THE TIME OF THE TRIAL FOR THE OFFENSE CONCERNING WHICH THIS STATEMENT IS HEREIN MADE, WITHOUT PROMISE OF HOPE OR REWARD, WITHOUT FEAR OR THREAT OF PHYSICAL HARM, I FREELY VOLUNTEER THE FOLLOWING STATEMENT TO THE AFORESAID PERSON:

I FULLY UNDERSTAND THAT IF I MAKE A STATEMENT THAT IS UNTRUE AND WHICH IS INTENDED TO MISLEAD A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS OFFICIAL FUNCTION, I WILL BE IN VIOLATION OF SECTION 53a-157, CONNECTICUT STATE STATUTES. A FALSE STATEMENT IS A CLASS A MISDEMEANOR.

My name is Mario Boyd and i am sixteen years old. I have been living in Norwalk for two Months. I presently go to Norwalk High school and am in the ninth grade. I am giveing this statement to officer bowlin of my own free will and under no duress.

I was with Clifford Hennigan , Terrance Boyd and Brian Elmoore and we went down to washington st to rob someone. Clifford had a small gun and he gave it to Brian to hold. I was hideing and so was terrance and we were looking out for the cops. Brian and Clifford went up to a white lady and man who were behind Shennanigans and Brian pulled the gun out on the two people while Clifford took the mans wallet and the womans purse. Then we all ran and I went with Terrance.

M A B
10/24/90
11:55PM

P. Morris

SWORN TO AND SUBSCRIBED BEFORE ME THIS 24th DAY OF October 19 90

SIGNATURE    Mario Arnell BOYD

NOTARY PUBLIC    Sgt. Peter Morris

WITNESS _____

WITNESS _____

STATEMENT

POLICE DEPARTMENT - NORWALK CONNECTICUT

POLICE CASE NO. _____

Norwalk P.D.                    PAGE 1 OF 1 PAGES

DATE 10-24-90    TIME 2300 hrs:    PLACE _____

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    AM    26    YEARS OF AGE

AND MY ADDRESS IS ▮▮▮▮▮▮▮▮▮▮

I HAVE BEEN DULY ADVISED BY    James V. Yturbe

WHO HAS IDENTIFIED HIMSELF AS    Norwalk Police Officer

THAT I DO NOT HAVE TO MAKE ANY STATEMENT AT ALL. THAT I AM ENTITLED TO BE REPRESENTED BY A LAWYER AT ALL TIMES, AND THAT ANY STATEMENT I MAKE MAY BE USED IN EVIDENCE AGAINST ME AT THE TIME OF THE TRIAL FOR THE OFFENSE CONCERNING WHICH THIS STATEMENT IS HEREIN MADE. WITHOUT PROMISE OF HOPE OR REWARD, WITHOUT FEAR OR THREAT OF PHYSICAL HARM, I FREELY VOLUNTEER THE FOLLOWING STATEMENT TO THE AFORESAID PERSON:

I FULLY UNDERSTAND THAT IF I MAKE A STATEMENT THAT IS UNTRUE AND WHICH IS INTENDED TO MISLEAD A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS OFFICIAL FUNCTION, I WILL BE IN VIOLATION OF SECTION 53a-157, CONNECTICUT STATE STATUTES. A FALSE STATEMENT IS A CLASS A MISDEMEANOR.

My name is ▮▮▮▮▮▮▮▮, and I'm currently 26 yrs. old. I have been living at ▮▮▮▮▮▮▮▮, with my wife ▮▮▮▮▮▮▮, for approximately 9 months. I'm currently employed by ▮▮▮▮▮▮▮▮ as a auto machanic, for approximately 2 yrs. My wife, ▮▮▮▮▮▮▮, currently works at ▮▮▮▮▮▮▮, as a secretary, for approximately ] yr. I'm currently here at the Norwalk Police Department, with my wife presence, to give a statement to Officer Yturbe, concerning a robbery. I'm currently giving this statement under my own free will, and to the best of my ability. On the above date and time, myself and my wife were walking thur an alley way, to get to Haviland Stre et parking lot. At this time three black male's approached my wife and myself, in the Haviland Street lot. One black male was wearing a blue jacket and a baseball cap, another black male was wearing a green jacket and a baseball cap, and the third black male was wearing a blue, white, and green jacket. The black male in the blue,white, and green jacket pulled out a revolver type gun, holding and waving the gun at waist level, requsting us to give him all our money. My wife and myself told the black male's that, "we did not have any money, we are just visiting a friend". Again myself and my wife stated,"we did not have any money". At this point , the black ma wearing the blue jacket and baseball cap, went around me, pulling out my black wallet, and remo $2.00 dollars. The black male with the blue jacket and baseball cap, approached my wife Lisa, a proceeded to pull my wife-s pocket book, and a struggled prosued. I approached my wife, and the black male in the blue, white, and green jacket, while holding the gun, got between my wife and myself. The black male in the blue jacket got a hold of my wife's pocket book, and tossed it to the black male in the green jacket. At this point, the black male in the green jacket, opened m wife's pocket book, taking 1000.00 dollars, all in 100.00 bills. After taking my wife's pocket book, all 3 black male's proceeded to run, dropping my wife's pocket and wallet, which was insi the pocket book. I proceeded to chase the 3 black male's South down Washington Streetand Havila Street. I turned around and retrieved my wife's pocket book, and proceeded to look for a police officer on Washington St. I immediately found Officer Yturbe on Washington St., in his vehicle. Officer Yturbe placed myself and my wife in his vehicle, and we started searching for the black male's. Approximately 20 minutes later, Officer Yturbe brought myself and my wife, in front of Marine. At this point, myself and my wife positively I.D. the two black male's the police had de tained, as two of the black male's, who robbed us at gun point, while on Haviland St. Myself and my wife recieved no injuries, during this incident. END OF STATEMENT*****************************

WORN TO AND SUBSCRIBED BEFORE ME THIS    24ᵗʰ    DAY OF    October    19    90

SIGNATURE ▮▮▮▮▮▮▮▮▮▮

NOTARY PUBLIC ▮▮▮▮▮▮▮▮▮▮

WITNESS ▮▮▮▮▮▮    Y001/104

WITNESS _____