UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Crim. No.: 3:00-cr-00263(JCH) |
| V. | |
| TERRENCE BOYD, | : January 17, 2006 |
| Defendant. | : |

MOTION FOR EXTENSION OF TIME WITHIN TO FILE REQUEST FOR RE-SENTENCING OF THE DEFENDANT PURSUANT TO THE DICTATES OF UNITED STATES V. COSBY

The Defendant in the above-captioned matter, through undersigned counsel, hereby moves for an extension of time in which to file his request for re-sentencing under the dictates of United States v. Crosby, up to and including February 17, 2006. The undersigned has recently entered the case and has not had sufficient time to review the case. Thereby limiting undersigned time to effectively prepare the notice in a timely manner. The Government has no objection to this request.

WHEREFORE, the Defendant respectfully request that the foregoing motion for the extension be granted.

Respectfully Submitted,

By:_____
Francis L. O'Reilly
87 Ruane Street
Fairfield, CT 06430
203-319-0707
Fed. Bar No. CT17505

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:


Paul A. Murphy, Esq.
U.S. Attorney's Office
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604

                  By: _____
                     Francis L. O'Reilly