Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

District of _Connecticut_

FILED
2006 MAY 12 P 3:54
DISTRICT COURT
BRIDGEPORT, CONN

United States
v.
Terrance Boyd

Docket No.: _No. 3:00 CR 263 (JCH)_

_Hall J._
(District Court Judge)

Notice is hereby given that _Terrance Boyd_ appeals to the United States Court of Appeals for the Second Circuit from the judgment [___], other [___] _Booker Remand Decision_
(specify)

entered in this action on _____
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    Conviction and Sentence [ ___ ]

Date _5/12/06_

TO
Paul Murphy, Esq. AUSA
915 Lafayette Blvd.
Bridgeport, CT 06601

ADD ADDITIONAL PAGE (IF NECESSARY)

(Counsel for Appellant)
Address _Francis O'Reilly_
_87 Ruane St_
_Fairfield CT 06824_
Telephone Number: _203-319-0707_

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _[signature]_    DATE _5/12/06_

▶ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | | | |

Date _____    Signature _____
                                    (Court Reporter)

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05