MAR 03 2008

TERRENCE BOYD
14066-014
F.C.I ALLENWOOD
P.O. Box 2000
WHITE DEER, P.A. 17887

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
3/20/08
By: _____ 20
Deputy Clerk

1/27/08

Feb. 27, 2008

U.S. DISTRICT COURT
C/O CLERK OF COURT
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604

RE: SEEKING COPY OF DOCKET SHEET IN DOCKETED CASE:
U.S. -VS- TERRENCE BOYD 3:00 CR 00263-JCH

DEAR, CLERK OF COURT
I'AM THE DEFENDANT IN THE AFOREMENTIONED DOCKETED CASE HEREIN I MAKE A REASONABLE REQUEST TO COMPEL YOU TO SEND TO ME A COPY OF THE DOCKETED SHEET/DOCKETED TEXT/RECORD IN THE INSTANT CASE, SO THAT I MAY ATTACH SUCH AS A RIDER FOR EVIDENTIARY SUPPORT IN A RULE 60 (B) F.R. CIV.P MOTION THAT I AM FILING PRO SE THIS REQUEST IS REASONABLE, AS I'AM CURRENTLY WITH-OUT LEGAL COUNSEL TO OBTAIN SUCH. I THANK YOU IN ADVANCE FOR YOUR CONSIDERATION AND PROMPT RESPONSE!

C: CLERK OF COURT
   FILE

RESPECTFULLY
Terrence Boyd